Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SONIA ANDRIAMIARISOA,<br><br>Defendant. | No.  6:13-mj-0030-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

The defendant having met the conditions of the Deferred Prosecution Agreement entered into with the Government, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.  On June 25, 2016, the Government filed a single count criminal complaint charging the defendant with having violated 36 Code of Federal Regulations §2.34(a)(1), disorderly conduct by engaging in fighting, threatening , or violent behavior.  The parties entered into an on July 2, 2013 to defer prosecution for one year with the condition Defendant attend anger management counselling 1x weekly for three months, and if completed and proof provided, the Government would move to dismiss the single charge.  Defendant failed to provide proof of anger management counselling, and on June 23, 2014, the Government filed a request to have the matter

1

put back on the Court's calendar. On July 15, 2014 the Court issued a Notice to Appear for August 19, 2014. The defendant failed to appear on that date, the matter was continued to October 29, 2014, and a summons issued for the Defendant to be present. On October 29, 2014, the defendant failed to appear, and a warrant issued.

On June 21, 2017, Defendant's counsel advised the Government the Defendant had been contacted by the U.S. Marshals Service regarding the warrant. At that time, Defendant through counsel provided the Government with proof of completion of an anger management course begun by Defendant in November 2013 and completed in January 2014, along with a statement from the Defendant indicating she was under the belief the counselling providers communicated directly with the court regarding course enrollment and completion. The Government has subsequently been in contact with the provider, Olive Branch Counselling in Riverside California, and confirmed Defendant did enroll and complete an anger management course as indicated in compliance with the terms of the deferred prosecution agreement.

As Defendant complied with the terms of the deferred prosecution agreement in completing an anger management course, the Government hereby moves the Court for an Order of Dismissal and request the Court recall any outstanding warrants in this matter.

Dated: July 7, 2017         NATIONAL PARK SERVICE

                                                            /S/ Susan St. Vincent
                                                           Susan St. Vincent
                                                           Legal Officer

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Andriamiarisoa 6:13-mj-0030-MJS*, be dismissed, without prejudice, in the interest of justice, and any outstanding warrants be recalled.

IT IS SO ORDERED.

Dated: July 10, 2017                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE